THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>PATTI JO ANNUNCIATA MAIL,<br><br>　　　　　Defendant. | CR-22-77-GF-BMM<br><br><br>**ORDER** |

　　　　United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 29, 2026. (Doc. 255.)

　　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　　Judge Johnston conducted an initial appearance on January 28, 2026. (Doc. 254.) The government accused Patti Jo Mail (Mail) of violating the conditions of her supervised release by: (1) consuming alcohol on or about between December 3-

9, 2025; (2) using methamphetamine on December 3, 2025;(3) failing to comply with substance abuse treatment on December 10, 2025; by (4) failing to comply with substance abuse treatment on December 20, 2025 and December 30, 2025; (5) using methamphetamine on or about December 28, 2025; (6) consuming alcohol on December 30, 2025 and (7) failing to reside at her approved residence during November and December of 2025. (Docs. 246 and 248.)

At the revocation hearing, Mail admitted that she had violated conditions 1-7 of her supervised release as set forth in the Amended Petition. (Doc.254.)

Judge Johnston found that the violations Mail admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of time served with 59 months of supervised release to follow. Judge Johnston also recommended that during the first 90 days of her supervised release, Mail shall be placed at Passages, an in-patient substance abuse treatment facility in Billings, Montana. (Doc. 255.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 255 ) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Patti Jo Mail be sentenced to a term of time served with 59 months of supervised release to follow. During the first 90 days of her supervised release,

Mail shall be placed at Passages, an in-patient substance abuse treatment facility in Billings, Montana.

DATED this 3rd day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:22-cr-00077-BMM   Document 256   Filed 02/03/26   Page 4 of 4