IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATTI JO ANNUNCIATA MAIL,<br><br>Defendant. | CR 22-77-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant PATTI JO ANNUNCIATA MAIL (Mail) has been accused of violating the conditions of her supervised release. (Docs. 277). Mail admitted the violations. Mail's supervised release should be revoked. Mail should be sentenced to 4 months of custody, with 55 months of supervised release to follow. During the term of supervised release, Mail shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a term of up to 90 days at the direction of her probation officer. Following completion of substance abuse treatment, Mail shall be placed in a residential reentry center for a period of up to 360 days at the direction of her probation officer.

## II. Status

On January 2, 2023, Mail plead guilty to the offense of Kidnapping Of An Individual Under 18, in violation of 18 U.S.C. §§ 1201(a)(2), 1201(g), 1153(a) and 2 as charged in Count 1 of the Indictment. (Doc. 140). Mail was sentenced to 42 months of custody, followed by 5 years of supervised release. (Doc. 223). Mail's current term of supervised release began on November 26, 2025.

**Petition**

On June 24, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Mail's supervised release. (Doc. 277). The Petition alleged Mail violated the conditions of her supervised release by: (1) failing to comply with substance abuse testing on June 14, 2026; and (2) using methamphetamine on or about June 16, 2026, and on or about June 22, 2026.

**Initial Appearance**

Mail appeared before the Court on September 8, 2026. Mail was represented by counsel. Mail stated that she had read the Amended Petition and that she understood the allegations against her. Mail waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Mail appeared before the Court on September 8, 2026. Mail admitted that she had violated the conditions of supervised release as set forth as allegations 1-2 in the Petition. Mail's violations are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Mail appeared before the Court on September 8, 2026. Mail's violations are Grade C. Her criminal history category is I. Mail's underlying offense is a Class A felony. Mail could be incarcerated for up to 60 months. Mail could be ordered to remain on supervised release for 59 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Mail's supervised release should be revoked. Mail should be sentenced to 4 months of custody, with 55 months of supervised release to follow. During the term of supervised release, Mail shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a term of up to 90 days at the direction of her probation officer. Following completion of substance abuse treatment, Mail shall be placed in a residential reentry center for a period of up to 360 days at the direction of her probation officer. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Mail that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Mail of her right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Mail that Judge Morris would consider a timely objection before making a final determination on whether to revoke her supervised release and what, if any, sanction to impose..

The Court **FINDS**:

> That PATTI JO ANNUNCIATA MAIL has violated the conditions of her supervised release by: (1) failing to comply with substance abuse testing on June 14, 2026; and (2) using methamphetamine on or about June 16, 2026, and on or about June 22, 2026.

The Court **RECOMMENDS**:

> That the District Court revoke Mail's supervised release and sentence Mail to custody for 4 months, with 55 months of supervised release to follow. During the term of supervised release, Mail shall be placed in a secure in-patient substance abuse treatment facility such as Connections Corrections for a term of up to 90 days, at the direction of her probation officer. Following completion of substance abuse treatment, Mail shall be placed in a residential reentry center for a period of up to 360 days, at the direction of her probation officer.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of September 2026.

John Johnston
United States Magistrate Judge