**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PATTI JO ANNUNCIATA MAIL,<br><br>Defendant. | **CR-22-77-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 8, 2026. (Doc. 296.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 8, 2026. (Doc. 292.) The government accused Patti Jo Mail (Mail) of violating the conditions of her supervised release by: (1) failing to comply with substance abuse testing on

June 14, 2026; and (2) using methamphetamine on or about June 16, 2026, and on or about June 22, 2026 . (Doc. 277.)

At the revocation hearing, Mail admitted that she had violated conditions 1-2 as set forth in the Petition. Judge Johnston advised Mail of her right to appeal and to allocute before the undersigned. (Doc. 292.)

Judge Johnston found that the violations Mail admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 4 months, with 55 months of supervised release to follow. Judge Johnston also recommended Mail be placed in a secure in-patient residential substance abuse treatment facility at the direction of her probation officer for a term of up to 90 days. Judge Johnston also recommended that Mail be placed in a residential re-entry center for a term of up to 360 days at the direction of her probation officer. (Doc.296.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 296) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Patti Jo Annunciata Mail be sentenced to a term of custody of 4 months, with 55 months of supervised release to follow. During the term of Supervised Release, Mail be placed in a secure in-patient residential substance abuse

treatment facility at the direction of her probation officer for a term of up to 90 days. During the term of her supervised release, Mail will be placed in a residential re-entry center for a term of up to 360 days at the direction of her probation officer.

DATED this 23rd day of September 2026.

Brian Morris, Chief District Judge
United States District Court